**No. 60471.**—Langfelder, Homma & Carroll, Inc. *v.* United States, protest 284954–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 60472.**—Gallagher & Ascher Company *v.* United States, protest 292517–K/ 8334 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of vellum the same in all material respects as that the subject of Abstracts 57385 and 58987, the claim for free entry under paragraph 1736 was sustained.

**No. 60473.**—J. J. Gavin & Co., Inc. *v.* United States, protest 276589–K (New York).

Opinion by OLIVER, C. J. An examination of the official papers disclosed that the collector's assessment was in accordance with plaintiff's claim. Since the protest presented no justiciable question, the protest was dismissed.

**No. 60474.**—Arthur J. Humphreys *v.* United States, protest 291278–K (Seattle).

Opinion by MOLLISON, J. In accordance with oral stipulation of counsel that the merchandise actually consisted of dowels of fir and that the importation consisted of 31,443.23 board feet, the claim of the plaintiff was sustained accordingly.